# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## 5:17-cv-73-FDW

| | | |
|---|---|---|
| **COBEY LAKEMPER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| | ) | **ORDER** |
| | ) | |
| **GEORGE T. SOLOMON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court on a "Motion for Reconsideration re 40 Order on Motion Denying 35 and 38 Motions," (Doc. No. 41). The Court has carefully considered the arguments presented in Plaintiff's motion for reconsideration, and the Court **DENIES** the motion.

**IT IS SO ORDERED.**

Signed: May 17, 2018

Frank D. Whitney
Chief United States District Judge

1