**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:17-cv-73-FDW**

| | |
|---|---|
| **COBEY LAKEMPER,** | )<br>) |
| **Plaintiff,** | )<br>) |
| vs. | )<br>)<br>) **ORDER**<br>) |
| **GEORGE T. SOLOMON, et al.,** | )<br>) |
| **Defendants.** | )<br>) |

This matter is before the Court on Plaintiff's "Motion for Default Judgment against Defendants For Failure to Comply with Court's Order to File Brief in Response to Plaintiff's Motions," (Doc. No. 82).

The Court will deny Plaintiff's Motion for Default Judgment. Nevertheless, Plaintiff is correct that Defendants failed to comply with the Court's Order dated August 1, 2018. See (Doc No. 52). Therefore, before the Court rules on Defendants' pending summary judgment motion, the Court <u>will</u> require Defendants to file a brief addressing Plaintiff's contention, filed in his various pending motions (particularly Doc. Nos. 51 and 62), that Defendants have not complied properly with his discovery requests. This Court will not rule on the pending summary judgment motion until the Court is satisfied that Defendants have complied with Plaintiff's right in this action to obtain relevant discovery that is not otherwise protected or privileged.

Finally, the Court notes that the pro se Plaintiff has inundated the Court and Defendants in this action with a multitude of motions, most of which have been denied or have not assisted in the adjudication of this action. Now that discovery has ended, and the summary judgment

motion is pending, the Court advises Plaintiff that any further motions will likely only delay the adjudication of this action.

**IT IS THEREFORE ORDERED** that Plaintiff's "Motion for Default Judgment against Defendants for Failure to Comply with Court's Order to File Brief in Response to Plaintiff's Motions," (Doc. No. 82), is **DENIED**. It is further ordered that, within twenty days, Defendants shall submit a memorandum to this Court succinctly addressing Plaintiff's arguments in his various motions regarding discovery, in which he contends that Defendants have not adequately complied with his discovery requests in this action.

Signed: December 7, 2018

Frank D. Whitney
Chief United States District Judge