IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:17 CV 73 MR WCM

| | | |
|---|---|---|
| COBEY LAKEMPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE T. SOLOMON, *Director of Prisons*, | ) | |
| ERIC T. DYE, *Assistant Superintendent –* | ) | |
| *Alexander C.I.*, BENJAMIN A. CARVER, | ) | |
| *Assistant Superintendent - Alexander C.I.*, | ) | |
| ARTHUR A. SICIAK, *Unit Manager –* | ) | ORDER |
| *Alexander C.I.*, RUSSELL CHESTER, | ) | |
| THOMAS DULA, CHRISTOPHER RICH, | ) | |
| *Chief SRG Coordinator – Division of Prisons*, | ) | |
| FELIX TAYLOR, *Superintendent –* | ) | |
| *Pasquotank C.I.*, COLBERT RESPESS, | ) | |
| *Assistant Superintendent –Pasquotank C.I.*, | ) | |
| JOSEPH HARRELL, *Assistant* | ) | |
| *Superintendent – Pasquotank C.I.*, | ) | |
| LEVI BROTHERS, *SRG Correctional Officer –* | ) | |
| *Pasquotank C.I.*, LARRY SWAIN, *SRG* | ) | |
| *Correctional Officer – Pasquotank C.I.*, | ) | |
| FNU BLANKENSHIP, *Correctional Officer –* | ) | |
| *Alexander C.I.*, KENNETH E. LASSITER, | ) | |
| *Director of Prisons* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the undersigned following the Order of the District Court granting Defendants' Request for a Judicial Settlement Conference. Doc. 117.

A judicial settlement conference has been set for August 18, 2020 beginning at 11:00 a.m. The conference will be conducted by telephone. Call-in information will be provided to the parties by separate communication.

Plaintiff shall participate in the conference from Tabor Correctional Institution, Plaintiff's present place of incarceration. The Associate Warden at Tabor Correctional Institution, Jamie Bullard, has advised that the necessary accommodations will be made to allow Plaintiff to participate in the settlement conference.

Defendants and their counsel may participate in the conference from any location they deem appropriate, provided that Defendants shall participate in the conference from the same physical location as their counsel, unless permission to the contrary has been given by the Court in advance. Any request seeking such permission shall be filed no later than August 10, 2020. Further, in accordance with this district's Local Civil Rule 16.3(d)(2), a person with full authority (not including counsel of record) to settle all pending claims must also participate in the conference on behalf of all Defendants, to the extent Defendants themselves do not have such authority. Any such person shall also participate from the same location as Defendants, unless permission to the contrary is given in advance.

The Clerk is respectfully instructed to certify a copy of this Order to Associate Warden Bullard at Tabor Correctional Institution, 4600 Swamp Fox Hwy West, Tabor City, North Carolina 28463.

It is so ordered.

Signed: July 29, 2020

W. Carleton Metcalf
United States Magistrate Judge