IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:17 CV 73 MR WCM

| | |
|---|---|
| COBEY LAKEMPER,<br><br>        Plaintiff,<br><br>v.<br><br>GEORGE T. SOLOMON, *Director of Prisons*,<br>ERIC T. DYE, *Assistant Superintendent –*<br>*Alexander C.I.*, BENJAMIN A. CARVER,<br>*Assistant Superintendent - Alexander C.I.*,<br>ARTHUR A. SICIAK, *Unit Manager –*<br>*Alexander C.I.*, RUSSELL CHESTER,<br>THOMAS DULA, CHRISTOPHER RICH,<br>*Chief SRG Coordinator – Division of Prisons*,<br>FELIX TAYLOR, *Superintendent –*<br>*Pasquotank C.I.*, COLBERT RESPESS,<br>*Assistant Superintendent –Pasquotank C.I.*,<br>JOSEPH HARRELL, *Assistant*<br>*Superintendent – Pasquotank C.I.*,<br>LEVI BROTHERS, *SRG Correctional Officer –*<br>*Pasquotank C.I.*, LARRY SWAIN, *SRG*<br>*Correctional Officer – Pasquotank C.I.*,<br>FNU BLANKENSHIP, *Correctional Officer –*<br>*Alexander C.I.*, KENNETH E. LASSITER,<br>*Director of Prisons*<br><br>        Defendants. | REPORT<br>OF JUDICIAL<br>SETTLEMENT<br>CONFERENCE |

        Pursuant to the Order of the District Court granting the Request for

Judicial Settlement Conference, <u>see</u> Doc. 117, the undersigned conducted a

telephonic judicial settlement conference in this matter on September 16, 2020.

Agreement was reached as to all issues.

Signed: September 17, 2020

W. Carleton Metcalf
United States Magistrate Judge